FILED
IN CLERKS OFFICE

2022 MAY 31 PM 12:05

United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Mark C. Christenson,        v       Bob Richards,
  plaintiff                                                          respondent

Reference: United States District Court Western District of Washington
                Mark Christenson v Tom Carr
                May 20, 2022

Should it please the court suit for ruling here cover

Petition for Ruling

Pray I laborer respondent

Plaintiff habitual abode

Bank of America account application

Other neighbor

Respondent opening of garbage can

Plaintiff appointment with bank manager

Bomb threat

Uniform police follow-up

I pray thee

Juvenal perpetrator

Pray thee I

Allegation of jurisdiction

I pray accomplice rule

3

## Prayer for Writ of Arrest

That that the court would have respondent, Bob Richards arrested

## Prayer for Entry

I pray have the court clerk record the ruling and writ

I do solemnly swear the aforementioned to be true

Dated this 22 day of May, 2022.

*Mark C. Christenson*
5-25-22

Mark C. Christenson
11313 19th Av NE
Seattle, WA 98125