UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MARK C. CHRISTENSON,<br>    Plaintiff,<br><br>v.<br><br>BOB RICHARDS,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 22-10832-LTS |

### ORDER OF DISMISSAL

**SOROKIN, J.**

For the reasons stated in the Order dated July 20, 2022, this action is dismissed without prejudice.

                    ROBERT M. FARRELL
                    CLERK OF COURT

Dated: 07/20/2022          By /s/ Kellyann Belmont
                      Deputy Clerk